UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| PAUL BARKER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NEW HAMPSHIRE CATHOLIC CHARITIES, INC.,<br><br>　　　　　Defendant. | CIVIL ACTION NO. : 1:21-cv-00845 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

　　　　Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the Parties hereby stipulate and agree that this action and all claims asserted in this action shall be dismissed with prejudice, with all rights of appeal to be waived.  Each party will bear its own attorney's fees and costs.

Respectfully submitted,

| *Attorneys for Plaintiff,* | *Attorneys for Defendants,* |
|---|---|
| Paul Barker | New Hampshire Catholic Charities, Inc. |
| */s/ Timothy Brock* | */s/ Christopher Pyles* |
| Timothy Brock (NH Bar #695971)<br>The Law Offices of Wyatt & Associates, PLLC<br>17 Elm Street, Suite C211<br>Keene, NH  03431<br>(603) 357-1111<br>tbrock@wyattlegalservices.com | Christopher J. Pyles, NH Bar #15165<br>Sulloway & Hollis, P.L.L.C.<br>9 Capitol Street<br>Concord, NH, 03301-6310<br>(603) 223-2834<br>cyples@sulloway.com |

Dated: September 16, 2022

{C2459438.2 }