UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| PAUL BARKER,<br><br>        Plaintiff,<br><br>v.<br><br>NEW HAMPSHIRE CATHOLIC CHARITIES INC. and DAVID TWITCHELL<br><br>        Defendants. | CIVIL ACTION NO. : 1:21-cv-00845 |

## **VOLUNTARY NON-SUIT OF DAVID TWITCHELL**

      Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Paul Barker hereby stipulates and agrees that this action and all claims asserted against David Twitchell will be non-suited.  Accordingly, the Plaintiff asks that David Twitchell be removed from this action.

Respectfully submitted,

*Attorneys for Plaintiff,*

Paul Barker

*/s/ Timothy Brock*

Timothy Brock (NH Bar #695971)
The Law Offices of Wyatt & Associates, PLLC
17 Elm Street, Suite C211
Keene, NH  03431
(603) 357-1111
tbrock@wyattlegalservices.com

Dated:  September 16, 2022

{C2459437.2 }